HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_harter@fd.org

Attorney for Defendant
THOMAS HILTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-CR-00213-JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | ) | |
| | ) | |
| THOMAS HILTON, | ) | Judge: JOHN A. MENDEZ. |
| Defendant. | ) | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Hilton for the reasons set forth in his Motion.

Dated: February 10, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE